

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Frank Lucio,                               * From the County Court at Law No. 1
of Tarrant County,
Trial Court No. 2023-007136-1.

Vs. No. 11-24-00125-CV                * December 18, 2025

Rachel Armendarez,                  * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. However, this court concludes that there is error in the trial court's January 3, 2024, February 2, 2024, and March 12, 2024 orders. Therefore, in accordance with this court's opinion, we affirm the judgment of the trial court. We reverse the trial court's January 3, 2024, February 2, 2024, and March 12, 2024 orders, and we remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against the party incurring same.